Jeffrey K. Rahbeck, Esq.
Nevada State Bar No. 537
120 McFaul Way
P.O. Box 435
Zephyr Cove, NV 89448
(775) 588-5602 - phone
(775) 588-8548 - fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOELI PASCHALL, | CV-N-06-000 18-BES-RAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR APPEARANCE** |
| v. | |
| BARTON MEMORIAL HOSPITAL, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties hereto that Defendant BARTON MEMORIAL HOSPITAL shall have up to including June 20, 2006, in which to file a Response to the *First Amended Complaint*.

DATED this 31st day of May, 2006.

BARTON MEMORIAL HOSPITAL, Defendant

By their Attorney:


/s/ Jeffrey K. Rahbeck, Esq.

///

JOELI PASCHALL, Plaintiff

By her Attorney:

/s/ Anne M. Vohl, Esq.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 31, 2006

///